1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   DAWN MARIE GRAVES

6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

   *E-FILED -10/17/06*

10 DAWN MARIE GRAVES,                        Case No.  C06-02427-RMW-PVT

11                 Plaintiff,

12 v.                                         **STIPULATION FOR DISMISSAL
                                              AND [] ORDER**
13 JOHN JOSEPH PUGH,                         Fed. R. Civ. P. 41(a)(1)

14                 Defendant.

15

16      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DAWN MARIE GRAVES, and Defendant,

17 JOHN JOSEPH PUGH, stipulate, and the Court hereby orders, as follows:

18      1.   The dispute between the parties has been settled, therefore, the claims asserted

19 by Plaintiff, DAWN MARIE GRAVES, against Defendant, JOHN JOSEPH PUGH, in the above-

20 captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). All

21 parties to bear their own costs and attorneys fees.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-1-

1   Dated:  September 1, 2006            /s/ Fred W. Schwinn
                                         Fred W. Schwinn, Esq.
2                                        Attorney for Plaintiff
                                         DAWN MARIE GRAVES
3

4   Dated:  September 1, 2006            /s/ Brian J. Hannon
                                         Brian J. Hannon, Esq.
5                                        Attorney for Defendant
                                         JOHN JOSEPH PUGH
6

7   THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
8

9   Dated:  10/17/06                      /S/ RONALD M. WHYTE
                                         Honorable Ronald M. Whyte
10                                       Judge of the District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION FOR DISMISSAL                              Case No.  C06-02427-RMW-PVT